## TOWN COUNCIL OF CROSS HILL v. SPEARMAN.

REHEARING refused, November 29, 1901.

PER CURIAM. After a careful consideration of this petition, we are unable to find that any material fact or principle of law has either been overlooked or disregarded, and hence there is no ground for a rehearing.

It is, therefore, ordered, that this petition be dismissed, and that the stay of the remittitur heretofore granted be revoked.

*Published by mistake 61 S. C.*

---

## STATE v. EASTERLIN.

REHEARING refused, November 29, 1901.

PER CURIAM. After careful consideration of this petition, we are unable to find that any material fact or principle of law has either been overlooked or disregarded, and hence there is no ground for a rehearing.

It is, therefore, ordered, that this petition be dismissed, and the stay of the remittitur heretofore granted be revoked.

*Published by mistake 61 S. C.*